FILED
CHARLOTTE, NC
FEB 19 2020
US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:20 CR 26-MR-WCM |
| ) | |
| ) | **BILL OF INDICTMENT** |
| v. ) | |
| ) | Violation: |
| ) | 21 USC § 841(a)(1) |
| SHANNON WHITE ) | |
| ) | |

### THE GRAND JURY CHARGES:

On or about January 28, 2019, in Jackson County, within the Western District of North Carolina, and elsewhere,

### SHANNON WHITE

did knowingly and intentionally distribute a mixture or substance containing fentanyl, a Schedule II controlled substance, and death resulted from the use of the fentanyl by J.F.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### NOTICE OF FORFEITURE

Notice is hereby given of 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with Section 853:

a. All property which constitutes or is derived from proceeds of the violation set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violation; and

c.  If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a) and (b).

A TRUE BILL:

- Redacted -

FOREPERSON

R. ANDREW MURRAY
UNITED STATES ATTORNEY

THOMAS KENT
ASSISTANT UNITED STATES ATTORNEY

2