IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CR 26

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHANNON WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court *sua sponte*.

On March 6, 2020, the Court conducted a hearing on the Government's motion for pretrial detention. At the conclusion of the hearing, the Court granted the motion. A written order memorializing the ruling has not yet been filed. The undersigned has realized, however, that no information was provided during the hearing regarding victim notification.

Accordingly, the Government is **DIRECTED** to file a notice advising as to whether the family members or other representatives of the victim have been notified of their rights pursuant to the Crime Victims' Rights Act and whether they wish to be heard with regard to the Government's motion for pretrial detention. The Court's oral ruling on the motion is hereby **STAYED** pending the receipt of this information.

Signed: March 6, 2020

W. Carleton Metcalf
United States Magistrate Judge